| PROB 22 | **08CR 0014** | DOCKET NUMBER(Tran.Ct) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 096-6021-CR-GRAHAM(03) |
| | | DOCKET NUMBER(Rec.Ct) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT SD/FL | DIVISION MIAMI |
|---|---|---|
| DONALD KASKY | NAME OF SENTENCING JUDGE | |
| | DONALD L. GRAHAM | |

| SD/FL PACTS No. 45617 | DATES OF PROBATION SUPERVISED RELEASE | FROM 10/05/07 | TO 10/04/12 |
|---|---|---|---|

OFFENSE

**CONSPIRACY TO IMPORT COCAINE, 21, US CODE, § 963**

FILED
JAN 0 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois, Chicago upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11/6/2007
Date                                                                    United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, CHICAGO

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN - 8 2008
Effective Date                                                          United States District Judge

UNITED STATES GOVERNMENT

*MEMORANDUM*

| | | |
|---|---|---|
| **DATE:** | December 20, 2007 | **08CR 0014** |
| **REPLY TO** | | |
| **ATTN OF:** | U. S. Probation Office<br>55 East Monroe Street, Room 1500<br>Chicago, Illinois 60603 | **JUDGE CASTILLO** |
| **SUBJECT:** | Transfer of Jurisdiction | |
| **TO:** | Mrs. Alyce Mobley-Morris<br>Courtroom Deputy to Chief Judge Holderman<br>U. S. Court House, Room 2548 | **MAGISTRATE JUDGE BROWN** |

RE:  KASKY, Donald

DOCKET NO. OF
TRANSFERRING COURT: 096-6021-CR-GRAHAM(03)

Enclosed is Probation Form 22 initiating transfer of jurisdiction to our district. Please return the signed copies accepting jurisdiction to this office.

Thank you.

Attachment

cc:   Renee Mulliken
      U. S. Probation Officer

taw